# PD-1403-15

NO. 03-14-00173- CR:

IN THE COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

| BRIAN TAYLOR | § | FROM APPEAL No. 03-14-00173-CR |
| V. | § | TRIAL COURT No. 38660 |
| THE STATE OF TEXAS | § | BURNET , COUNTY |

RECEIVED IN
COURT OF CRIMINAL APPEALS

FIRST MOTION FOR EXTENTION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW:

OCT 29 2015

Abel Acosta, Clerk

To the Honorable Judge of said court of criminal appeals:

Comes now, BRIAN TAYLOR ,petitioner, and files this motion for extention of ninety (90) days in which to file a petition for Discretionary Review. In support of this motion, petitioner shows the court the following:

FILED IN
COURT OF CRIMINAL APPEALS

OCT 29 2015

Abel Acosta, Clerk

I

The petitioner was convicted in the 424th th District court of BURNET , county Texas of the offence of INDECENCY WITH A CHILD BY CONTACT in case No. 38660 CR styled STATE OF TEXAS Vs. BRIAN TAYLOR . The petitioner appealed to the court of appeals THIRD district. The case was AFFIRMED on 14th day of OCTOBER .

II

The present deadline for filing the petition for Discretionary review is 14th day of NOVEMBER The petitioner has not requested any extention prior to this request.

## III

Prtitioner request for an extention is based upon the following facts: Petitioner was not notified of the decision of the court of appeals in his case until <u>20</u> day of <u>OCTOBER</u>. Petitioner attorney on appeal has informed petitioner that he/she will not represent him on the petition for Discretionary Review. Petitioner has been trying to obtain legal counsel for this matter.

Wherefore, petitioner prays this court grant this motion and extend the deadline for filing the petition for Discretionary review in case No. <u>03-14-00173-CR</u> to <u>14th</u> day of <u>DECEMBER</u>.

_____
signature

_____
print name
petitioner pro se
T.D.C.J. # 1919122
Texas Department of
Criminal Justice
Bill Clements Unit
9601 spur 591
Amarillo Texas 79107-9606

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing first motion for extention of time to file petition for Discretionary Review has been forewarded by U.S. mail, postage prepaid, first class to the state prosecutor, P.O..Box 13046 Austin Texas, 78711. On this day of <u>20</u> Day of October.